**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JEREMY HOPKINS,** *et al.***,**

      **Plaintiffs,**

                                       **Civil Action 2:24-cv-3681**
      **v.**                             **Judge Edmund A. Sargus, Jr.**
                                       **Magistrate Judge Elizabeth P. Deavers**

**BASSETT SERVICES HEATING
AND COOLING, LLC,** *et al.***,**

      **Defendants.**

## <u>ORDER</u>

      This matter is before the Court for consideration of the Joint Motion to Stay Proceedings and for Referral to Mediation.  (ECF No. 21.)  The parties request a stay pending the outcome of mediation, for the Undersigned to be the mediator, and for an in-person mediation in January or February 2025.  (*Id.*)  The Motion is **GRANTED in part**.  The case is **STAYED** until **March 31, 2025**.  On or before March 31, 2025, the parties are **DIRECTED** to file a written **JOINT STATUS REPORT** detailing the status of the case, and if necessary, a proposed case schedule. The case will be referred to an attorney mediator for participation in the Court's Alternative Dispute Resolution mediation program in March 2025.

      **IT IS SO ORDERED.**

Date:  January 6, 2025                /s/ *Elizabeth A. Preston Deavers*
                                   ELIZABETH A. PRESTON DEAVERS
                                   UNITED STATES MAGISTRATE JUDGE